UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joan Stormo
             Plaintiff(s)

v.                                              CIVIL ACTION NO. 19cv10034-FDS

State National Insurance Company
             Defendant(s)

## JUDGMENT

Saylor, C.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the Order entered on 8/25/23; the Motion for Judgment Notwithstanding Verdict is GRANTED. The Judgment for the Plaintiff entered on 2/14/23 is hereby Vacated. Judgment is hereby entered in favor of defendant State National Insurance Company against plaintiff Joan Stormo.

Robert Farrell, CLERK
/s/ Matthew McKillop
Deputy Clerk

Dated: 8/25/23